# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DALE EUGENE CHANDLER,

    Plaintiff,

v.                                      Case No: 8:21-cv-2259-CEH-CPT

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **O R D E R**

    This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Christopher P. Tuite on April 20, 2022 (Doc. 19).  In the Report and Recommendation, Magistrate Judge Tuite recommends that the Court: 1) Grant the Defendant [Commissioner]'s Motion to Dismiss (Doc. 10); and 2) Direct the Clerk of Court to terminate any pending motions and to close this case.  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.

    Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.  Accordingly, it is now

    **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 19) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The Commissioner's Motion to Dismiss (Doc. 10) is GRANTED.

(3) This case is DISMISSED.

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on May 9, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Christopher P. Tuite
Counsel of Record